IN THE SUPERIOR COURT FOR THE COUNTY OF MURRAY

STATE OF GEORGIA

SERVE

PATSY MCDONALD,

    PLAINTIFF,

VS.

ONEBEACON AMERICA INSURANCE COMPANY,

    DEFENDANT.

CIVIL ACTION NUMBER 14-CI-131

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: ONEBEACON AMERICA INSURANCE COMPANY
c/o Joe Gallagher, One Overton Park, Suite C100
3625 Cumberland Blvd.
Atlanta, Georgia 30339

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

    Patrick A. Cruise
    The Hamilton Firm
    P.O. Box 158
    Rossville, Georgia 30741

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 17th day of March, 2014.

_____, Clerk Superior Court

BY _____
        Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed; make notation on this sheet if addendum sheet is used.

IN THE SUPERIOR COURT OF MURRAY COUNTY, GEORGIA

| | | |
|---|---|---|
| PATSY MCDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. |
| | ) | 14-CI-131-P |
| vs. | ) | |
| | ) | |
| ONEBEACON AMERICA INSURANCE COMPANY, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

FILED IN OFFICE 2014 MAR 17 PM 12:58

## COMPLAINT

NOW INTO COURT, through undersigned counsel, Plaintiff, Patsy McDonald, hereby brings the following Complaint against OneBeacon America Insurance Company for the purpose of obtaining relief from the Defendant's refusal to pay Accidental Death and Survivor's Benefits under an Occupational Accident Insurance Policy, stating as follows:

1.

Plaintiff, Patsy McDonald, resides in Murray County, Georgia, at 391 Pinhook Road, Chatsworth, Georgia, 30705.

2.

Plaintiff is the surviving spouse of Wesley McDonald, who died on November 13, 2012.

3.

Defendant, OneBeacon America Insurance Company (herein after "The Insurance Company"), is a Massachusetts based insurance company doing business in the State of Georgia, subject to the jurisdiction of this Court, and may be served through its registered

IN THE SUPERIOR COURT OF MURRAY COUNTY, GEORGIA

| | |
|---|---|
| PATSY MCDONALD, | ) |
| Plaintiff, | ) Docket No. 14-CI-131-P |
| vs. | ) |
| ONEBEACON AMERICA INSURANCE COMPANY, | ) JURY DEMAND |
| Defendant. | ) |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, Plaintiff, Patsy McDonald, hereby brings the following Complaint against OneBeacon America Insurance Company for the purpose of obtaining relief from the Defendant's refusal to pay Accidental Death and Survivor's Benefits under an Occupational Accident Insurance Policy, stating as follows:

**1.**

Plaintiff, Patsy McDonald, resides in Murray County, Georgia, at 391 Pinhook Road, Chatsworth, Georgia, 30705.

**2.**

Plaintiff is the surviving spouse of Wesley McDonald, who died on November 13, 2012.

**3.**

Defendant, OneBeacon America Insurance Company (hereinafter "The Insurance Company"), is a Massachusetts based insurance company doing business in the State of Georgia, subject to the jurisdiction of this Court, and may be served through its registered

agent: Joe Gallagher, One Overton Park, Suite C100, 3625 Cumberland Blvd., Atlanta, Georgia, 30339.

**4.**

This is an action for damages for failure to pay benefits under an insurance policy and other related claims over which this Court has jurisdiction. Venue is proper per OCGA 33-4-1.

**5.**

The Insurance Company issued an occupational accident insurance policy (number 216-001-215) covering Wesley McDonald.

**6.**

The Policy constitutes a contract for insurance coverage.

**7.**

Under the laws of the State of Georgia, insurance policies are liberally construed in favor of coverage.

**8.**

Wesley McDonald died while working as a truck driver in Miami, Ohio, on November 13, 2012.

**9.**

The Policy provides for an Accidental Death Benefit in the amount of $25,000.

**10.**

The Insurance Company has refused to pay the Accidental Death Benefit to Patsy McDonald.

**11.**

The Policy provides for a Survivor's Benefit in the amount of $250,000.00, payable in monthly installments of $2,250.00, to the surviving spouse.

**12.**

The Insurance Company has refused to pay the Survivor's Benefit to Patsy McDonald.

**13.**

The Policy contains an arbitration provision; however, such provisions are invalid in Georgia (OCGA 9-9-2).

**14.**

On March 11, 2013, The Insurance Company, through their agent, informed Patsy McDonald "that no benefits are payable for this claim." The insurer denied the claim on the basis of a exclusion for death resulting from "illness or disease" and an additional exclusion for "cardiovascular event or stroke caused by exertion prior to or at the same time as an Accident."

**15.**

Wesley McDonald's death was not caused by exertion prior to or at the same time as an Accident. The exclusion(s) relied upon by the Insurance Company are not applicable to this case. Moreover, the exclusion(s) relied upon by the Insurance Company are ambiguous, and must be narrowly and strictly construed against the insurer, and liberally construed in favor of the Plaintiff to afford coverage.

**16.**

Wesley McDonald was involved in an "Accident" as defined by the Policy: "a sudden, expected, specific and abrupt event that occurs by chance at an identifiable time and place during the Policy term"

**17.**

Wesley McDonald was involved in an Accident that resulted in a Covered Loss.

**18.**

Wesley McDonald's death is a Covered Loss because it resulted from a Covered Injury.

**19.**

Wesley McDonald's death is a Covered Injury because it resulted from a sudden, unexpected event that occurred by chance during the Policy Term.

**20.**

Plaintiff made a valid and timely claim for benefits under the terms of the Policy and The Insurance Company has refused to pay.

**21.**

Plaintiff has met all conditions precedent to have a valid contract for insurance coverage and has satisfied the terms of the contract entitling her to benefits under the contract.

**22.**

The Insurance Company has breached, and continues to breach, its contractual duties under the insurance Policy by failing and refusing to pay the full requisite benefits owed the Plaintiff and by failing to perform its duties as set-out in the contract.

23.

Plaintiff sent a certified letter to the insurance company demanding payment of benefits on December 9, 2013. On December 20, 2013, the defendant notified Plaintiff that no payment would be made.

24.

The Defendant Insurance Company acted in bad faith in failing to pay benefits within 60 days of demand by the Plaintiff. As a result, Plaintiff requests, and the jury should determine, penalties, attorney fees, and costs per OCGA 33-4-6[1] and OCGA 13-6-11.

25.

The amount of damages should be increased by the addition of legal interest from the date of denial of the claim until the time of recovery.

**WHEREFORE**, Plaintiff requests that this Court grant the following relief:

1. Trial by jury;

2. A finding in favor of the Plaintiff against the Defendant;

3. Damages in the amount equal to the benefits to which she is entitled through the date of judgment;

4. Prejudgment and post judgment interest;

5. An Order requiring the Insurance Company to continue paying benefits in the future so long as the Plaintiff remains eligible under the terms of the policy;

6. An Order requiring the Insurance Company to provide Plaintiff with any other benefits to which she may be entitled under the Policy;

7. Plaintiff's reasonable attorney fees and costs, plus penalties;

---

[1] A copy of the demand and complaint are being sent to the Commissioner of Insurance and the consumers' insurance advocate by first class mail in accordance with OCGA 33-4-6.

8. In addition to the loss, 50% of the liability of the insurer, and all reasonable attorney's fees, plus the expenses of litigation and,

9. Such other relief as this Court deems just and proper.

BY ATTORNEYS:

THE HAMILTON FIRM

_____
Hubert E. Hamilton, Bar No. 321025
P.O. Box 158
Rossville, GA 30741
Phone: (423) 634 0871
Fax: (423) 634 0874

_____
Patrick A. Cruise, Bar No. 071547
P.O. Box 158
Rossville, GA 30741
Ph. 423 634 0871
Fax: 423 634 0874