# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| **PATSY McDONALD,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION FILE** |
| v. | : | **NO: 4:14-CV-118-HLM** |
| | : | |
| **ONEBEACON AMERICA** | : | Conference requested |
| **INSURANCE COMPANY,** | : | |
| | : | |
| Defendant, | : | |
| | : | |

## NOTICE OF SETTLEMENT

The undersigned counsel, on behalf of all parties, hereby notifies the Court that a settlement has been reached as to all claims pending in this action and the parties intend to file a stipulation of dismissal within thirty (30) days of this Notice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The parties, therefore, respectfully request that the Court remove this matter from the January 11, 2016 trial docket.

Respectfully submitted this 5th day of January, 2016.

**THE HAMILTON FIRM**

<u>  s/ Patrick A. Cruise            </u>
Patrick A. Cruise
Georgia Bar No: 071547
P.O. Box 158
Rossville, GA 30741
Phone: (423) 634-0871

*Attorney for Plaintiff*


**SKEDSVOLD & WHITE, LLC**

<u>s/ Craig R. White signed with express permission by Patrick A. Cruise      </u>
Craig R. White
Georgia Bar No: 753030
1050 Crown Pointe Parkway
Suite 710
Atlanta, Georgia 30338
Phone: (770) 392-8610
Fax: (770) 392-8620
Email: cwhite@sandw-law.com

*Attorney for Defendant*