## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| PATSY MCDONALD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:14CV118-HLM |
| | ) | |
| ONEBEACON AMERICA INS. CO., | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(l)(ii), the parties hereby stipulate that Plaintiff's action against Defendant shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees, and no discretionary cost shall be assessed.

Respectfully submitted,

| | |
|---|---|
| s/ Patrick A. Cruise | s/ Craig R. White *(with permission by Patrick Cruise)* |
| Patrick A. Cruise, GA Bar #071547 | Craig R. White, Esquire, GA Bar #753030 |
| The Hamilton Firm | Skedsvold & White, LLC |
| 2401 Broad Street, Suite 102 | 1050 Crown Pointe Parkway, Suite 710 |
| Chattanooga, TN 37408 | Atlanta, Georgia 30338 |
| Email: pac@thehamiltonfirm.com | Email: cwhite@sandw-law.com |
| Telephone: 423.634.0871 | Telephone: (770) 392-8610 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2016, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>Craig R. White, Esquire
>**SKEDSVOLD & WHITE, LLC**
>1050 Crown Pointe Parkway
>Suite 710
>Atlanta, Georgia 30338

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: N/A.

>s/ Patrick A. Cruise
>*Attorney for Plaintiff*